*Chester M. Rudnicki,* pro se, submitted a brief.

IN THE MATTER OF CHESTER M. RUDNICKI (No. 1).[1] March 2, 1989. *Practice, Criminal,* Complaint.

The plaintiff purported to file in the county court a criminal complaint in which he alleged certain illegalities that led to the dismissal of certain civil actions in the United States District Court for the District of Massachusetts. A single justice of this court dismissed the complaint without a hearing. The plaintiff was not entitled to a hearing on his complaint that alleged no subject that warranted the attention of a single justice.

*Order affirmed without a hearing.*

*Chester M. Rudnicki,* pro se, submitted a brief.

IN THE MATTER OF CHESTER M. RUDNICKI (No. 2).[1] March 2, 1989. *Practice, Criminal,* Complaint.

The single justice did not err in dismissing, without a hearing, a so-called criminal complaint filed by the plaintiff alleging illegalities in the dismissal of certain civil proceedings in the United States District Court for the District of Massachusetts. The complaint plainly was not one that had to be heard in open court before it could be dismissed.

*Order affirmed without a hearing.*